TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CHRISTINA M. VEJAR
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christina.vejar@usdoj.gov
Attorneys for Plaintiff

FILED

2026 SEP 16 PM 1:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-04871 TUC-JGZ(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Edward Carson,<br><br>Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Distribute Fentanyl)<br>Count 1<br><br>21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2<br><br>21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 3 & 4<br><br>18 U.S.C. § 922(g)(1) and 924(a)(8)<br>(Possession of a Firearm by a Prohibited Person)<br>Count 5<br><br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning at a time unknown, to on or about August 18, 2026, in the District of Arizona, EDWARD CARSON did knowingly and intentionally combine, conspire,

confederate and agree with persons known and unknown to the grand jury, to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about July 28, 2026, in the District of Arizona, EDWARD CARSON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**COUNT 3**

On or about August 13, 2026, in the District of Arizona, EDWARD CARSON did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**COUNT 4**

On or about August 18, 2026, in the District of Arizona, EDWARD CARSON did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**COUNT 5**

On or about August 18, 2026, in the District of Arizona, EDWARD CARSON, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, in and affecting interstate commerce, to wit: one (1) Rossi model M885 revolver.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

Upon conviction of Count Five of the Indictment, the defendant, EDWARD CARSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Rossi model M885 revolver, bearing serial number W118763, and four (4) rounds of .38 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

*/ S /*

FOREPERSON OF THE GRAND JURY
Dated: September 16, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/ S / Christina M. Vejar*

CHRISTINA M. VEJAR
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE